AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Albritton, William H. | District Court-MD Alabama | 06/24/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge-Senior Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

1 Church Street
Montgomery, AL

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/24/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | UBS Financial Services Inc. - IRA-Distributions | $18,070.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | UBS Financial Services Inc. - IRA-Distributions |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SERVISFIRST BANK ACCOUNTS | A | Interest | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 4. -UBS BANK USA DEP ACCT | B | Dividend | J | T | | | | | |
| 5. -UNTS AAM DIV RULER PRTFO SER 2017C | A | Distribution | | | Sold | 10/18/18 | K | C | |
| 6. -UNTS AAM DIV RULER PRTFO SER 2018D | A | Distribution | K | T | Buy | 10/29/18 | K | | |
| 7. | | | | | | | | | |
| 8. TRUST #1 | | | | | | | | | |
| 9. -UBS BANK USA DEP ACCT | A | Interest | K | T | | | | | |
| 10. -EXXON MOBIL CORP | D | Dividend | M | T | | | | | |
| 11. | | | | | | | | | |
| 12. TRUST #2 | | | | | | | | | |
| 13. -HUNTSVILLE ALA CAP IMPT | A | Interest | | | Redeemed | 09/04/18 | K | A | |
| 14. -ALPS ETF TR ALERIAN MLP | B | Dividend | K | T | | | | | |
| 15. -AT&T INC | B | Dividend | K | T | | | | | |
| 16. -ABBVIE INC COM | A | Dividend | K | T | | | | | |
| 17. -BLACKROCK TAXABLE MUNICIPAL BOND TRUST | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -BOEING COMPANY COMMON STOCK | B | Dividend | L | T | | | | | |
| 19. -BRIGHTHOUSE FINANCIAL INC | | None | J | T | | | | | |
| 20. -BRITISH AMER TOBACCO PLC GB SPON ADR | B | Dividend | J | T | | | | | |
| 21. -CATERPILLAR INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 22. -COCA COLA CO COM COMMON STOCK | A | Dividend | J | T | | | | | |
| 23. -FACEBOOK INC CL A | | None | J | T | | | | | |
| 24. -FIRST TRUST DORSEY WRIGHT FOCUS 5 ETF | A | Dividend | K | T | | | | | |
| 25. -FT-PREFERRED SECUR & INC ETF | B | Dividend | K | T | Buy (add'l) | 10/12/18 | K | | |
| 26. -GENERAL ELECTRIC | B | Dividend | K | T | | | | | |
| 27. -GLAXO SMITHKLINE PLC ADR | A | Dividend | J | T | | | | | |
| 28. -HOME DEPOT INC | A | Dividend | K | T | | | | | |
| 29. -INTL BUSINESS MACHINES CORP IBM | B | Dividend | K | T | | | | | |
| 30. -JPMORGAN CHASE & CO | A | Dividend | K | T | Buy (add'l) | 01/10/18 | K | | |
| 31. -MCDONALDS CORP | A | Dividend | K | T | | | | | |
| 32. -METLIFE INC | A | Dividend | J | T | | | | | |
| 33. -NEW MEDIA INVT GROUP INC | A | Dividend | J | T | | | | | |
| 34. -PEPSICO INC COMMON STOCK | A | Dividend | | | Sold | 01/10/18 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -PFIZER INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 36. -VANGUARD S&P 500 ETF | A | Dividend | K | T | | | | | |
| 37. -UBS BANK USA DEP ACCT | A | Interest | J | T | | | | | |
| 38. -LOWNDES CNTY ALA WTS | A | Interest | K | T | Buy | 01/01/18 | K | | |
| 39. | | | | | | | | | |
| 40. IRA ACCOUNT #1 | | | | | | | | | |
| 41. -FACEBOOK INC CL A | | None | | | Sold | 03/23/18 | K | C | |
| 42. -UBS BANK USA DEP ACCT | A | Interest | J | T | | | | | |
| 43. -UNTS GUGG DJ VAL DIV FOCUS PRTFO | | None | J | T | Buy | 06/12/18 | K | | |
| 44. | A | Dividend | J | T | Sold (part) | 12/13/18 | J | A | |
| 45. | | | | | | | | | |
| 46. IRA ACCOUNT #2 | | | | | | | | | |
| 47. -UBS BANK USA DEP ACCT | D | Distribution | J | T | | | | | |
| 48. -PEPSICO INC DE | A | Dividend | | | Sold | 01/10/18 | J | A | |
| 49. -JP MORGAN CHASE & CO DE | A | Dividend | J | T | Buy | 01/10/18 | J | | |
| 50. -AQR LONG-SHORT EQUITY FUND CLASS I | | None | | | Sold | 02/01/18 | J | A | |
| 51. -AMERISOURCEBERGEN CORP DE | A | Dividend | | | Sold | 04/18/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -UNITEDHEALTH GROUP INC DE | A | Dividend | J | T | Buy | 04/18/18 | J | | |
| 53. -FIRST TRUST ENHANCED SHORT MAT FUND ETF | A | Dividend | J | T | Sold (part) | 04/30/18 | J | | |
| 54. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 55. -FIRST TRUST SENIOR LN ETF | A | Dividend | | | Sold | 04/30/18 | J | A | |
| 56. -FIRST TRUST LOW DURATION MORTGAGE OPPORTUNITIES | A | Dividend | | | Sold | 04/30/18 | J | | |
| 57. -POWERSHARES BULLETSHARES 2020 CORP BD PORT ETF | A | Dividend | | | Buy | 04/30/18 | J | | |
| 58. | | | | | Merged (with line 111) | 06/01/18 | J | | |
| 59. -POWERSHARES BULLETSHARES 2018 CORPORATE BOND | A | Dividend | | | Buy | 04/30/18 | J | | |
| 60. | | | | | Merged (with line 96) | 06/01/18 | J | | |
| 61. -POWERSHARES BULLETSHARES 2022 HIGH YIELD CORP | A | Dividend | | | Buy | 04/30/18 | J | | |
| 62. | | | | | Merged (with line 109) | 06/01/18 | J | | |
| 63. -POWERSHARES QQQ TRUST ETF SER 1 | A | Dividend | | | Merged (with line 115) | 06/01/18 | J | | |
| 64. -COLGATE PALMOLIVE CO | A | Dividend | | | Sold | 05/16/18 | J | | |
| 65. | | | | | Sold | 11/14/18 | J | | |
| 66. -RED HAT INC | | None | J | T | Sold (part) | 05/16/18 | J | A | |
| 67. -SCHLUMBERGER LTD NETHERLANDS ANTILLES | A | Dividend | J | T | Buy (add'l) | 05/16/18 | J | | |
| 68. | | | | | Sold (part) | 12/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -FIRST TRUST CONSUMER DISCRETIONARY ALPHADEX | A | Dividend | J | T | Sold (part) | 06/06/18 | J | | |
| 70. | | | | | Buy (add'l) | 07/06/18 | J | | |
| 71. | | | | | Sold (part) | 12/11/18 | J | | |
| 72. -FIRST TRUST ENERGY ALPHADEX FUND ETF | A | Dividend | | | Buy | 06/06/18 | J | | |
| 73. | | | | | Sold | 09/06/18 | J | A | |
| 74. -JOHNSON & JOHNSON COM | A | Dividend | | | Sold | 06/14/18 | J | | |
| 75. -BRITISH AMER TOBACCO PLC GB SPON ADR | A | Dividend | | | Sold | 06/14/18 | J | | |
| 76. -COMCAST CORP NEW CL A | A | Dividend | | | Sold | 06/14/18 | J | | |
| 77. -FIRST TRUST FINANCIAL - FXO | A | Dividend | | | Sold | 07/06/18 | J | A | |
| 78. -STARBUCKS CORP DE | A | Dividend | | | Sold | 07/18/18 | J | | |
| 79. -SUNCOR ENERGY INC NEW CAD | A | Dividend | J | T | Sold (part) | 07/25/18 | J | A | |
| 80. | | | | | Sold (part) | 12/11/18 | J | A | |
| 81. -ROCKWELL AUTOMATION INC NEW | A | Dividend | J | T | Sold (part) | 07/25/18 | J | A | |
| 82. -PRAXAIR INC DE | A | Dividend | | | Sold (part) | 07/25/18 | J | A | |
| 83. | | | | | Merged (with line 94) | 10/30/18 | J | | |
| 84. -ADOBE SYSTEMS INC | | None | J | T | Sold (part) | 07/25/18 | J | A | |
| 85. -VISA INC CL A DE | A | Dividend | J | T | Sold (part) | 07/25/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -COCA COLA CO COM DE | A | Dividend | J | T | Buy (add'l) | 07/25/18 | J | | |
| 87. | | | | | Sold (part) | 12/11/18 | J | A | |
| 88. -FIRST TRUST HEALTH CARE ALPHADEX FUND ETF | | None | J | T | Buy | 09/06/18 | J | | |
| 89. | | | | | Sold (part) | 12/11/18 | J | | |
| 90. -AMERICAN TOWER CORP REIT DE | A | Dividend | J | T | Sold (part) | 09/19/18 | J | A | |
| 91. -INVESCO LTD DE | A | Dividend | | | Sold | 10/10/18 | J | | |
| 92. -FIRST TRUST EXCHANGE TECHNOLOGY ALPHADEX FUND-FXL | A | Dividend | J | T | Sold (part) | 10/25/18 | J | A | |
| 93. | | | | | Sold (part) | 12/11/18 | J | A | |
| 94. -LINDE PLC EUR | | None | J | T | Buy | 10/30/18 | J | | |
| 95. | | | | | Sold (part) | 11/06/18 | J | A | |
| 96. -INVESCO BULLETSHARES 2018 CORPORATE BOND ETF | A | Dividend | | | Buy | 06/01/18 | J | | |
| 97. | | | | | Sold | 11/06/18 | J | A | |
| 98. -RESIDEO TECHNOLOGIES INC DE | | None | | | Spinoff (from line 121) | 10/29/18 | J | | |
| 99. | | | | | Sold | 11/07/18 | J | | |
| 100. -APPLE INC DE | | None | J | T | Buy | 11/15/18 | J | | |
| 101. -LAUDER ESTEE COS CL A DE | | None | J | T | Buy | 11/14/18 | J | | |
| 102. -VF CORP DE | A | Dividend | J | T | Sold (part) | 12/11/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -TJX COS INC NEW DE | A | Dividend | J | T | Sold (part) | 12/11/18 | J | | |
| 104. -TEXAS INSTRUMENTS DE | A | Dividend | J | T | Sold (part) | 12/11/18 | J | A | |
| 105. -NOVARTIS AG SPON ADR DE | A | Dividend | J | T | Sold (part) | 12/11/18 | J | A | |
| 106. -MONDELEZ INTL INC DE | A | Dividend | J | T | Sold (part) | 12/11/18 | J | | |
| 107. -MARSH & MCLENNAN COS INC DE | A | Dividend | J | T | Sold (part) | 12/11/18 | J | A | |
| 108. -MICROSOFT CORP DE | A | Dividend | J | T | Sold (part) | 12/11/18 | J | A | |
| 109. -INVESCO BULLETSHARES 2022 HIGH CORPORATE | A | Dividend | J | T | Buy | 06/01/18 | J | | |
| 110. | | | | | Sold (part) | 12/11/18 | J | | |
| 111. -INVESCO BULLETSHARES 2020 CORPORATE BOND ETF | A | Dividend | J | T | Buy | 06/01/18 | J | | |
| 112. | | | | | Sold (part) | 12/11/18 | J | | |
| 113. -INTERCONTINENTAL EXCHANGE GROUP | A | Dividend | J | T | Sold (part) | 12/11/18 | J | A | |
| 114. -INTEL CORP DE | | None | J | T | Sold (part) | 12/11/18 | J | A | |
| 115. -INVESCO QQQ TRUST ETF DE | A | Dividend | J | T | Buy | 06/01/18 | J | | |
| 116. | | | | | Sold (part) | 12/11/18 | J | A | |
| 117. -FIRST TRUST DORSEY WRIGHT FOCUS 5 ETF | A | Dividend | J | T | Sold (part) | 12/11/18 | J | A | |
| 118. -FT-PREFERRED SECUR & INC ETF | A | Dividend | J | T | Sold (part) | 12/11/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. -FIRST TRUST -INDUSTRIALS/ PRODUCER DURABLES ALPHADEXTM FUND-FXR | A | Dividend | J | T | Sold (part) | 12/11/18 | J | A | |
| 120. -ISHARES EDGE MSCI USA MOMENTUM FACTOR ETF | A | Dividend | J | T | Sold (part) | 12/11/18 | J | | |
| 121. -HONEYWELL INTL INC | A | Dividend | J | T | | | | | |
| 122. -ACCENTURE PLC IRELAND CL A | A | Dividend | J | T | | | | | |
| 123. -ALPHABET INC CL A | | None | J | T | | | | | |
| 124. -AMERIPRISE FINANCIAL INC | A | Dividend | J | T | | | | | |
| 125. -BLACKROCK INC | A | Dividend | J | T | | | | | |
| 126. -CHEVRON CORP | A | Dividend | J | T | | | | | |
| 127. -CHUBB LTD CHF | A | Dividend | J | T | | | | | |
| 128. -CRANE CO DE | A | Dividend | J | T | | | | | |
| 129. -DANAHER CORP | A | Dividend | J | T | | | | | |
| 130. -DIAGEO PLC NEW GB SPON ADR | A | Dividend | J | T | | | | | |
| 131. -ECOLAB INC | A | Dividend | J | T | | | | | |
| 132. -FACEBOOK INC CL A | | None | J | T | | | | | |
| 133. -HOME DEPOT INC | A | Dividend | J | T | | | | | |
| 134. -LOCKHEED MARTIN CORP | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. -LOWES COMPANIES INC | A | Dividend | J | T | | | | | |
| 136. -MCDONALDS CORP | A | Dividend | J | T | | | | | |
| 137. -MEDTRONIC PLC | A | Dividend | J | T | | | | | |
| 138. -NEXTERA ENERGY INC COM | A | Dividend | J | T | | | | | |
| 139. -O REILLY AUTOMOTIVE INC | | None | J | T | | | | | |
| 140. -PARKER HANNIFIN CORP | A | Dividend | J | T | | | | | |
| 141. -THERMO FISHER SCIENTIFIC INC | A | Dividend | J | T | | | | | |
| 142. -UNION PACIFIC CORP | A | Dividend | J | T | | | | | |
| 143. -UNTD TECHNOLOGIES CORP | A | Dividend | J | T | | | | | |
| 144. -WALT DISNEY CO (HOLDING CO) DISNEY COM | A | Dividend | J | T | | | | | |
| 145. -FT NASDAQ US MA DIVERS INC ETF (Y) | | | | | | | | | |
| 146. -FIRST TR EXCHANGE-TRADED FD IC NO AMER ENERGY (Y) | | | | | | | | | |
| 147. -LOCORR MANAGED FUTURES STRATEGY FUND CL I (Y) | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. TRUST #3 | | | | | | | | | |
| 150. -SCHWAB VALUE ADVANTAGE MONEY MARKET FUND | A | Int./Div. | K | T | | | | | |
| 151. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. TRUST #4 | | | | | | | | | |
| 153. -ALABAMA FED AID HWY FIN AUTH F 5% | B | Interest | K | T | | | | | |
| 154. -ALABAMA ST 4% | A | Interest | | | Sold | 05/14/18 | K | | |
| 155. -ALABAMA ST PUB SCH & COLLEGE A 5% | A | Interest | K | T | | | | | |
| 156. -ATHENS ALA 5% | A | Interest | K | T | | | | | |
| 157. -AUBURN ALA 5% | A | Interest | K | T | | | | | |
| 158. -BALDWIN CNTY ALA BRD ED 5% | A | Interest | K | T | | | | | |
| 159. -BALDWIN CNTY ALA 4% | A | Interest | | | Sold | 05/14/18 | K | | |
| 160. -BIRMINGHAM ALA SPL CARE FACS F 5% | A | Interest | K | T | | | | | |
| 161. -ENTERPRISE ALA 4% | A | Interest | K | T | | | | | |
| 162. -FLORENCE ALA 5% | A | Interest | K | T | | | | | |
| 163. -FOLEY ALA PUB FACS COOP DIST REV OID AGFC EB | A | Interest | | | Sold | 10/03/18 | K | | |
| 164. -MOBILE AL W/S 5% | A | Interest | K | T | Buy | 05/11/18 | K | | |
| 165. -MOBILE CNTY AL 5% | A | Interest | K | T | Buy | 03/01/18 | K | | |
| 166. -OXFORD ALA 5% | B | Interest | K | T | | | | | |
| 167. -TEXAS ST 5% | | None | K | T | Buy | 10/04/18 | K | | |
| 168. -TUSCALOOSA ALA 4% | A | Interest | | | Sold | 07/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. -TUSCALOOSA ALA CITY BRD ED SCH 5% | A | Interest | K | T | | | | | |
| 170. -UNIVERSITY OF ALA GEN REV 5% | A | Interest | K | T | | | | | |
| 171. -UNIVERSITY OF ALA AT BIRMINGHA 5% | A | Interest | K | T | | | | | |
| 172. -FLORIDA ST BRD ED LOTTERY REV 5% | A | Interest | K | T | | | | | |
| 173. -MINNEAPOLIS & ST PAUL MINN HSG | A | Interest | K | T | | | | | |
| 174. -DENTON TEX 5% | A | Interest | K | T | | | | | |
| 175. -HARRIS CNTY TEX MET TRAN AUTH 5% | A | Interest | K | T | | | | | |
| 176. -NORTH TEX MUN WTR DIST UPPER E 5% | A | Interest | K | T | | | | | |
| 177. -TEX ST 4$ | A | Interest | | | Sold | 03/02/18 | K | | |
| 178. -PORT SEATTLE WAS REV 5% | A | Interest | K | T | | | | | |
| 179. -THURSTON CNTY WASH SCH DIST NO 5% | B | Interest | K | T | | | | | |
| 180. -WASHINGTON ST 5% | A | Interest | K | T | | | | | |
| 181. -WEST VA COMMR OF HWYS SPL OBLI 5% | B | Interest | K | T | | | | | |
| 182. -SCHWAB GOVT MONEY FUND | A | Int./Div. | J | T | Buy (add'l) | 12/04/18 | J | | |
| 183. | | | | | | | | | |
| 184. TRUST #5 | | | | | | | | | |
| 185. -SCHWAB VALUE ADVANTAGE MONEY MARKET FUND | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Albritton, William H. | 06/24/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |
| 193. | | | | | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 164 in the original filed report on 05/08/2019 included the municipal bond "Mobile Alabama Waste 5%". This was a duplicated naming of the same municipal bond "Mobile AL W/S 5%" on line 165 of the original report. I have removed the original line 164 that reflected "Mobile Alabama Waste 5%", and line 164 now reads "Mobile AL W/S 5%" on the Amended Report with correct reporting of the transaction.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William H. Albritton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544